# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**GARY LEON WEBSTER**  **PLAINTIFF**
**ADC #114018**

v.  NO: 4:22-CV-00720-LPR

**INSTITUTE OF VIROLOGY**  **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered today, Plaintiff's Complaint is DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment or the accompanying Order would not be taken in good faith.

IT IS SO ADJUDGED this 23rd day of September 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE